Super Security Locksmith, LLC, Plaintiff-Appellant,
against
Banchet Flower Bar, LLC., Defendant-Respondent.



Plaintiff appeals from that portion of a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Debra Rose Samuels, J.) entered August 15, 2016, after trial, as limited its recovery of damages to the principal sum of $400.




Per Curiam.
Judgment (Debra Rose Samuels, J.) entered August 15, 2016, affirmed, without costs.
The amount of the damage award issued in plaintiff's favor upon the trial of this small claims action achieved "substantial justice" (CCA 1804, 1807) and was neither inadequate nor unreasonable. Plaintiff did not establish its entitlement to any additional damages for locksmith services rendered, given the trial court's express findings that plaintiff's "workmanship ... was poor" and that defendant had to "engage another [locksmith]" to make additional repairs, "which [defendant] paid." Particularly in the context of small claims cases, the decision of the fact-finding court is entitled to deference where it rests in large measure on considerations relating to the credibility of witnesses (see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). We have considered plaintiff's remaining contentions and find them to be without merit. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 17, 2017